**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
CRIMINAL MINUTES – SENTENCING AND JUDGMENT**

U.S.A. vs. THOMAS R. MAXWELL HENSLEY                     **Date:** July 26, 2017

**Case No.:** 2:16-cr-69                                                                 **At:** Greeneville

**PROCEEDINGS: Sentencing.**

**PRESENT: HONORABLE J. RONNIE GREER, UNITED STATES DISTRICT JUDGE**

| Leah Cassanego | Karen J. Bradley | Helen C.T. Smith |
|---|---|---|
| **Deputy Clerk** | **Court Reporter** | **Assistant U.S. Attorney** |

| Richard A. Spivey | | Tara Wood |
|---|---|---|
| **Attorney for Defendant** | | **Probation Officer** |

**Others Present: USMS. CSO**

**PROCEEDINGS:**
[X] **Defendant given opportunity to speak and**                               [X] **speaks**
[X] **Govt. Motion SEALED**                                                               [X] **granted**
[X] **Defense Motion SEALED**                                                          [X] **denied**
[X] **COURT PRONOUNCES JUDGMENT:**
The defendant is hereby committed to the custody of the Bureau of Prisons to be imprisoned for a term of 30 months as to each of **Counts One and Two** of the Information to be served **concurrently** for a net term of **30 months.** This sentence shall be served **concurrently** with any sentence imposed in Washington County, Tennessee, General Sessions Court, Docket Number 0109643. The sentence shall be served **concurrently** with any sentence yet to be imposed in Washington County, General Sessions Court resulting from conduct and arrest occurring on August 20, 2016, as referenced in paragraph 71 of the Presentence Report. Upon release from imprisonment, the defendant shall be placed on supervised release for a term of three years as to Count One and three years as to Count Two to run **concurrently** for a net term of **three (3) years.** The defendant shall not commit another federal, state, or local crime; shall comply with the standard conditions that have been adopted by this Court in Local Rule 83.10; and shall not illegally possess a controlled substance. The defendant shall not possess any ammunition, a firearm, destructive device or any other dangerous weapon. The defendant shall cooperate in the collection of DNA. The defendant shall comply with the special conditions set forth in the J&C.
[X] **Special Assessment:** $200.00
[X] **Court Recommends:**
The Court will recommend that the defendant receive 500 hours of substance abuse treatment from the Bureau of Prisons' Institution Residential Drug Abuse Treatment Program. It is further recommended the defendant participate in educational classes and vocational training to learn a

trade or marketable skills while incarcerated. Lastly, the Court will recommend the defendant be designated to the BOP facility at FCI Yazoo City, MS.

**[X] Placed in custody of U.S. Marshal**

**Time:** 9:04 a.m. **to** 12:01 p.m.